UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-617-GCM

| ROBERT L. McKINSTRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CITY OF CHARLOTTE, | ) | |
| Defendant. | ) | |

This matter is before the Court upon its own motion. On December 21, 2018, this Court granted the *pro se* Plaintiff's Motion to proceed *in forma pauperis*, but deferred initial review of his Complaint until he filed an Amended Complaint and attached the Notice of Charge of Discrimination. The Plaintiff has now done so. The Court has reviewed the Amended Complaint and has determined that it survives initial review. Accordingly,

IT IS THEREFORE ORDERED that the U.S. Marshal is hereby directed to attempt to serve summons on the Defendant at the address provided on the summons form attached to Plaintiff's original Complaint.

Signed: October 8, 2019

Graham C. Mullen
United States District Judge