# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-617-DCK

| | |
|---|---|
| ROBERT L. MCKINSTRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling and mediation. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned notes that this Court established a *Pro Se* Settlement Assistance Program in October 2013. See http://www.ncwd.uscourts.gov/pro-se-settlement-assistance-program. The program is available for voluntary application to most cases in which a party appears *pro se*.

The undersigned will, therefore, direct the Clerk's Office to provide the *pro se* Plaintiff with a "Notice Of Availability Of *Pro Se* Settlement Assistance Program" ("Opt In Notice"). Plaintiff is advised that mediation is required at some point during the pendency of this litigation, and Plaintiff is respectfully encouraged to carefully consider taking advantage of the *Pro Se* Settlement Assistance Program.

**IT IS, THEREFORE, ORDERED** that the Clerk's Office shall provide *pro se* Plaintiff with a Notice Of Availability Of Pro Se Settlement Assistance Program.

**SO ORDERED**.

Signed: March 17, 2020

David C. Keesler
United States Magistrate Judge